UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIAS HALL,

    Plaintiff,

v.                                                    Case No:   2:19-cv-47-FtM-60NPM

JULIE L. JONES, Secretary, Florida Department of Corrections, JOHN WILLIS, Warden, Charlotte Correctional Institution, K. WILLIAMS, Warden Asst. of Programs, MICHELLE SCHOUEST, II SC Assistant Secretary for Health Service at Department of Corrections, G. DURAND, Health Services Administrator, G. NOE, Chief Health Officer, ANDRAS OZUAL, Medical Doctor, KAREN BLANKENSHIP, ARNP, T. BASTIDE, LPN, B. LAROSA, RN, K. M. HOPKINS, RN, M. HASZINGER, RN, L. JOHNSON, Health Support Technician, and DANIEL L. CONN, Chief Executive Officer Wexford Health Sources, Inc.,

    Defendants.

## ORDER

This matter is before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint filed on behalf of Defendants Jones, Schouest, Williams and Willis on December 10, 2019. (Doc. 59). Defendants seek an extension of time until February 28, 2020 to respond to Plaintiff's Complaint so that Defendants may obtain Plaintiff's medical records and copies of his grievance forms and enable counsel to file a consolidated response on behalf of Defendants. Finding good cause, the Court grants

Defendants' Motion.  Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, it is now **ORDERED**:

Defendants' Motion for Extension of Time (Doc. 59) is **GRANTED** and Defendants Jones, Schouest, Williams and Willis shall file their response to Plaintiff's Complaint **on or before February 28, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 13, 2019.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

SA: FTMP-1
Copies furnished to:

Counsel of Record
Unrepresented Parties